IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMARTER AGENT, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ULOCATE COMMUNICATIONS, INC., a Delaware Corporation<br><br>Defendant. | C.A. No. _____<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Smarter Agent, Inc. states that it has no parent corporation and no publicly held corporation owns ten percent or more of its stock.

_____
Edmond D. Johnson (De Bar #2257)
Thomas H. Kovach (DE Bar #3964)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500

Attorneys for Plaintiff Smarter Agent, Inc.

*Of Counsel*

Jonathan G. Graves
COOLEY GODWARD KRONISH LLP
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190-5656
Telephone: (703) 456-8000

Anthony J. DiMariono, III
A.J. DIMARINO, PC
57 Euclid Street, Suite A
Woodbury, NJ 08096
Telephone: (856) 853-0055

Dated: March 23, 2007

#8423497 v1