IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMARTER AGENT, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> ULOCATE COMMUNICATIONS, INC., a Delaware Corporation, <br><br> Defendant. | C.A. No. 1:07-cv-171 <br><br> JURY TRIAL DEMANDED |

### VOLUNTARY DISMISSAL BY PLAINTIFF PURSUANT TO FED. R. CIV. P. 41(A)(1)(I)

Plaintiff Smarter Agent, Inc. hereby voluntarily dismisses all claims under Federal Rule of Civil Procedure 41(a)(1)(i) with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: April 2, 2007

_____
Edmond D. Johnson (De Bar #2257)
Thomas H. Kovach (DE Bar #3964)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500

Attorneys for Plaintiff Smarter Agent, Inc.

*Of Counsel*

Jonathan G. Graves
COOLEY GODWARD KRONISH LLP
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190-5656
Telephone: (703) 456-8000

Anthony J. DiMarino, III
A.J. DIMARINO, PC
57 Euclid Street, Suite A
Woodbury, NJ 08096
Telephone: (856) 853-0055

#8456321 v1