Case 1:07-cv-00171-JJF    Document 4    Filed 03/26/2007    Page 1 of 1

✎ AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____ Delaware _____ on the following    X  Patents or    Trademarks:

| DOCKET NO.<br>07cv171 | DATE FILED<br>3/23/07 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE | |
|---|---|---|---|
| PLAINTIFF<br><br>Smarter Agent, Inc. | | DEFENDANT<br><br>uLocate Communications, Inc. | |
| **PATENT OR**<br>**TRADEMARK NO.** | **DATE OF PATENT**<br>**OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** | |
| 1    6,385,541 B1 | 5/7/02 | Brad Wayne Blumberg and Eric M. Blumberg | |
| 2    6,496,776 B1 | 12/17/02 | Brad Wayne Blumberg and Eric M. Blumberg | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| **PATENT OR**<br>**TRADEMARK NO.** | **DATE OF PATENT**<br>**OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| *Notice of Dismissal Attached.* |

| CLERK<br><br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK | DATE<br><br>3/26/07 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMARTER AGENT, INC., a Delaware Corporation | ) ) ) C.A. No. 1:07-cv-171 |
| Plaintiff, | ) ) ) |
| v. | ) JURY TRIAL DEMANDED |
| ULOCATE COMMUNICATIONS, INC., a Delaware Corporation | ) ) ) ) |
| Defendant. | ) |

## VOLUNTARY DISMISSAL BY PLAINTIFF PURSUANT TO FED. R. CIV. P. 41(A)(1)(I)

Plaintiff Smarter Agent, Inc. hereby voluntarily dismisses all claims under Federal

Rule of Civil Procedure 41(a)(1)(i) with prejudice. Each party shall bear its own costs and

attorneys' fees.

Dated: April 2, 2007

Edmond D. Johnson (De Bar #2257)
Thomas H. Kovach (DE Bar #3964)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500

*Of Counsel*

Jonathan G. Graves
COOLEY GODWARD KRONISH LLP
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190-5656
Telephone: (703) 456-8000

Anthony J. DiMarino, III
A.J. DIMARINO, PC
57 Euclid Street, Suite A
Woodbury, NJ 08096
Telephone: (856) 853-0055

Attorneys for Plaintiff Smarter Agent, Inc.

#8456321 v1